UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF SUISUN; SUISUN CITY COUNCIL; SUISUN CITY MANAGER SUSAN BRAGDON; SUISUN CITY ATTORNEY (DOE 1); SUISUN POLICE DEPARTMENT; SUISUN POLICE CHIEF EDMOND DASHIDO; COMMANDER TIM MATTOS OF THE SUISUN POLICE; SERGEANT ANDREW WHITE; OFFICER MICHAEL URLAUB; AND DOES 2-10,<br><br>            Defendants. | Case No. 2:14-cv-0943 TLN AC<br><br>**STIPULATION AND ORDER TO PERMIT PRO SE PARTY TO PARTICIPATE IN LITIGATION AS AN E-FILER UNDER LOCAL RULE 133**<br><br>[L.R. 133(b)(3); L.R. 143]<br><br>Judge  : Hon. Allison Claire |

    IT IS HEREBY STIPULATED and agreed to by and between plaintiff RICHARD GIDDENS, on the one hand, and defendants CITY OF SUISUN CITY, *et al.*, on the other hand, by and through their undersigned counsel, that plaintiff RICHARD GIDDENS be permitted to file all documents electronically, through the CM/ECF filing system, pursuant to Local Rule 133.  It is believed that the Court's granting of this request will expedite filings and service of process.

1

```
 1  Dated: September 12, 2014        By:   /s/ Richard Giddens
                                          RICHARD GIDDENS
 2                                        Plaintiff In Pro Se

 3

 4  DATED: September 12, 2014        SELMAN BREITMAN LLP

 5
                                     By:   /s/ Gregg A. Thornton
 6                                        GREGG A. THORNTON
                                          DANIELLE K. LEWIS
 7                                        Attorneys for Defendants CITY
                                          OF SUISUN CITY (erroneously
 8                                        sued as CITY OF SUISUN, SUISUN
                                          CITY COUNCIL, SUISUN CITY
 9                                        POLICE DEPARTMENT); SUISUN CITY
                                          MANAGER SUZANNE BRAGDON
10                                        (erroneously sued herein as
                                          SUSAN BRAGDON); SUISUN CITY
11                                        ATTORNEY; SUISUN POLICE CHIEF
                                          EDMOND DADISHO (erroneously
12                                        sued herein as EDMOND DASHIDO);
                                          COMMANDER TIM MATTOS; SERGEANT
13                                        ANDREW WHITE; and OFFICER
                                          MICHAEL URLAUB
14
```

**IT IS SO ORDERED.**

Dated: September 18, 2014        _____
                                 ALLISON CLAIRE
                                 UNITED STATES MAGISTRATE JUDGE

Selman Breitman LLP — ATTORNEYS AT LAW