UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GIDDENS,

    Plaintiff,

  v.

SUISUN CITY, et al.,

    Defendants.

No. 2:14-cv-0943 AC TLN (PS)

ORDER

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the magistrate judge by E.D. Cal. R. 302(c)(21). This matter was set for a Status (Pretrial Scheduling) Conference on October 19, 2016. See ECF No. 54. The City defendants have filed their Status Report which shows that they are ready to proceed with this action. ECF No. 56. However, plaintiff has not filed his status report.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 19, 2016 is CONTINUED to November 9, 2016 at 10:00 a.m., before the undersigned;

2. Plaintiff is Ordered To Show Cause, in writing no later than October 26, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may satisfy this Order To Show Cause by filing his Status Report no later than October 26, 2016. Alternatively, if plaintiff has no dispute with the Status Report filed by the City Defendants, he may file a statement

1

joining that report, no later than October 26, 2016.

    3. Plaintiff is cautioned that failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 17, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE