UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS, | No. 2:14-cv-0943 AC TLN (PS) |
| Plaintiff, | |
| v. | ORDER |
| SUISUN CITY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the magistrate judge by E.D. Cal. R. 302(c)(21). This matter is set for a Status (Pretrial Scheduling) Conference on November 9, 2016. See ECF No. 57.

The court's order setting the scheduling conference included an Order To Show Cause, based upon plaintiff's failure to file his status report in a timely manner. Plaintiff has now filed his status report. The OSC will therefore be discharged.

Plaintiff also requests accommodations at the conference due to his asserted anxiety. ECF No. 59. That request will be granted.

However, the court advises plaintiff and his "ADA Assistant" that only plaintiff or his attorney may file documents in this case on plaintiff's behalf. Going forward, documents attempted to be filed by the "ADA Assistant" or any other non-lawyer on plaintiff's behalf, such as ECF No. 59, will not be filed on the docket nor considered by the court.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Order To Show Cause (ECF No. 57 ¶ 2), is DISCHARGED.

2. Plaintiff's "ADA Assistant" may sit with plaintiff at counsel table to assist plaintiff at the status conference. The assistant shall not argue on plaintiff's behalf. Nor shall the assistant otherwise address the court, unless specifically requested by the court to do so.

DATED: October 19, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE