UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS,<br><br>    Plaintiff,<br><br>    v.<br><br>SUISUN CITY, et al.,<br><br>    Defendants. | No. 2:14-cv-0943 AC TLN (PS)<br><br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the magistrate judge by E.D. Cal. R. 302(c)(21). Plaintiff's request for accommodations (ECF No. 59), was filed in error.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall STRIKE that document, ECF No. 59, and DELETE it from the docket.

DATED: October 21, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE