UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF SUISUN, et al.,<br><br>        Defendants. | No. 2:14-cv-0943 TLN AC (PS)<br><br><br><br>ORDER |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). The parties have submitted a stipulation and proposed order extending the expert disclosure deadline in accordance with Fed. R. Civ. Proc. 26(a)(2). ECF No. 81. This is the first extension requested by either party. The parties' stipulation asks the court to extend the following dates:

    (1) The last day for disclosure of expert witnesses to July 31, 2017;

    (2) The last day for disclosure of rebuttal expert witness to August 31, 2017;

    (3) The last day for discovery motions heard to October 4, 2017;

    (4) Discovery completed to October 18, 2017;

    (5) The Joint Mid-Litigation Statement to October 4, 2017.

See ECF No. 81 at 3.

    The court finds that good cause does not exist to extend the expert disclosure deadline 90 days. However, in light of the parties' stipulation, the court will grant an extension of 60 days.

1

Accordingly, IT IS HEREBY ORDERED that the requested extension of time for expert disclosure is GRANTED IN PART. The court's November 17, 2016, scheduling order (ECF No. 64) is hereby modified to reflect:

(1) The last day for disclosure of expert witnesses will be June 30, 2017;

(2) The last day for disclosure of rebuttal expert witnesses will be July 31, 2017;

(3) All other portions of the Scheduling Order that address Expert Disclosures will remain unchanged;

(4) The last day discovery motions will be heard is September 16, 2017;

(5) Discovery will be completed by September 30, 2017;

(6) The Joint-Mid Litigation Statement will be due by September 16, 2017;

(7) All other dates set forth in the court's Scheduling Order will remain unchanged.

DATED: April 26, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE