UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS, | No. 2:14-cv-00943-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SUISUN, et al., | |
| Defendants. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On July 6, 2017, Defendants requested to seal their expert witness disclosure, filed at ECF No. 85. ECF No. 90. Defendants made their request because the document inadvertently contains plaintiff's date of birth without redaction. Id. at 2. Defendants state that they did not intend to improperly disclose plaintiff's personal information. Id. After full consideration of the Request and the documents submitted to the Court for consideration, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1. ECF No. 85, Defendants' Expert Disclosure Pursuant to Federal Rule of Civil Procedure 26(a)(2), filed with the Court on June 30, 2017, shall be removed from the Court Docket and filed under seal in accordance with Federal Rule of Civil Procedure 5.2 and Eastern District Local Rule 141.

////

2. Defendants will immediately file an appropriately redacted version of ECF No. 85.

3. ECF No. 85 will remain under seal until the termination of this action, at which time the document will be destroyed.

4. Named parties, attorneys of record and their staff, percipient and expert witnesses, and the Court may have access to ECF No. 85 filed under seal.

DATED: July 6, 2017

                                                /s/ Allison Claire
                                                ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE