| | |
|---|---|
| RICHARD GIDDENS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SUISUN, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-0943 TLN AC (PS)<br><br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

This matter is before the undersigned pursuant to Local Rule 302(c)(21). The parties participated in an informal telephonic discovery conference before the undersigned on September 5, 2017 at 1:00 p.m. Plaintiff appeared personally and defendants were represented by Danielle K. Lewis.

The discovery dispute at issue is plaintiff's request for a 60 day extension of the discovery deadline in this case. Plaintiff asserts that he is seeking legal counsel, and that his disability and the death of his mother have contributed to the need for an extension. Defendants oppose any extension, noting the case schedule has already been altered once, and arguing that any further delay would be prejudicial.

The court finds that good cause exists for a brief extension of the discovery deadline. Such an extension will necessarily impact other deadlines, but the trial date remains intact. **The parties are cautioned that requests for further extensions will be disfavored**. Plaintiff is

1

cautioned that, although he is proceeding pro se, he is under the same obligations as an attorney would be to comply with the deadlines set by this court. See Local Rule 183 ("Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil or Criminal Procedure, these Rules, and all other applicable law").

The discovery deadline will be extended to November 1, 2017, which means that all discovery must be completed by that time. The word "completed" means that all discovery shall have been conducted so that all depositions (including expert depositions) have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel discovery must be noticed on the undersigned's calendar in accordance with the Local Rules. Accordingly, they must be heard not later than October 18, 2017 (leaving two weeks for the court's decision and the parties' compliance). See Local Rule 251(a). The parties are well advised not to wait until this deadline before bringing discovery motions, as they may forfeit the discovery if the motion is too massive or complex to be decided and complied with during the two-week period.

Accordingly, IT IS HEREBY ORDERED that the schedule in this case will be modified to allow for a brief extension of the discovery deadline. The court's November 17, 2015 scheduling order (ECF No. 64) and April 26, 2017, scheduling amendment (ECF No. 82) are hereby modified to reflect:

(1) The last day discovery motions will be heard is October 18, 2017;

(2) Discovery must be completed by November 1, 2017;

(3) All law and motion, except as to discovery, shall be filed by November 22, 2017;

(4) The last date for law and motion to be heard is December 20, 2017;

(5) The Joint-Mid Litigation Statement will be due by October 18, 2017;

(6) The Joint Pretrial Statement will be due by February 8, 2018;

(7) The Final Pretrial Conference will be held on February 22, 2018 at 2:00 p.m. before District Judge Troy L. Nunley in Courtroom No. 2, 15th Floor;

////

////

(8) All other dates set forth in the court's prior Scheduling Order at ECF No. 64 and the Scheduling Amendment at ECF No.82 will remain unchanged.

IT IS SO ORDERED.

DATED: September 5, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE