GREGG A. THORNTON (SBN 146282)
gthornton@selmanbreitman.com
DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendants
CITY OF SUISUN CITY, SUISUN CITY COUNCIL, MAYOR
PEDRO SANCHEZ, CITY COUNCIL MEMBERS JANE DAY
and MIKE HUDSON, SUISUN CITY POLICE DEPARTMENT,
POLICE CHIEF EDMOND DADISHO, COMMANDER TIM
MATTOS, SERGEANT ANDREW WHITE, and OFFICER
MICHAEL URLAUB

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUISUN; SUISUN CITY COUNCIL; MAYOR PEDRO SANCHEZ (DOE 3); CITY COUNCIL MEMBERS JANE DAY (DOE 4); MIKE HUDSON (DOE 5); MIKE SEGALA (DOE 6); LORI WILSON (DOE 7); CITY MANAGER SUSAN BRAGDON; SUISUN CITY ATTORNEY ANTHONY TAYLOR (DOE 1); SUISUN CITY POLICE DEPARTMENT; POLICE CHIEF EDMOND DADISHO; COMMANDER TIM MATTOS; SERGEANT ANDREW WHITE; OFFICER MICHAEL URLAUB; BRANDON BLUFORD (DOE 2); AND DOES 8-10,<br><br>Defendants. | Case No. 2:14-cv-0943 TLN AC (PS)<br><br>**DECLARATION OF MICHAEL URLAUB IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 20, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Allison Claire<br>Dept.: 26<br><br>Trial Date: April 16, 2018 |

I, Michael Urlaub, hereby declare as follows:

1. I am a citizen of the United States of America, am over the age of eighteen years and am a named party Defendant to the above-captioned lawsuit. The facts set forth herein are true of my own personal knowledge and, if called upon to testify thereto, I could and would competently do so under oath.

1

2.     I was employed as a peace officer with the Suisun City Police Department from May 2005 to April 2015.

3.     On April 18, 2012, at approximately 7:40 p.m., I was at Heritage Park. I had just cleared a report of theft call at the park and responded to the Joe Nelson Community Center where a Community Meeting regarding recent crime was taking place. The Joe Nelson Community Center is also located at Heritage Park. I learned that Richard Giddens ("GIDDENS") was present at the meeting and he was a suspect in a reckless driving/assault with a deadly weapon incident that had occurred earlier in the evening on El Prado Lane.

4.     I met with Sergeant Andrew White, Commander Tim Mattos and Chief Edmond Dadisho while the meeting was still occurring. It was determined that I would stand by in case GIDDENS needed to be detained in the event he left. If GIDDENS was to be detained Commander Mattos and I were going to contact GIDDENS to make that detention.

5.     At approximately 8:10 p.m., the meeting was concluding and GIDDENS and George Guynn were exiting the meeting room. Commander Mattos and I followed and contacted GIDDENS and Mr. Guynn in the main hallway near the entrance/exit of the Community Center. I was in full Suisun City Police Department uniform and Commander Mattos was in slacks, a long sleeved shirt and tie with his police badge and firearm on his side in plain view. Commander Mattos asked Mr. Guynn to step aside and for GIDDENS to stand near the wall and away from the middle of the hallway. Commander Mattos asked GIDDENS to move towards the wall and away from the middle of the walkway several times. GIDDENS was refusing to move from the middle of the hallway. I explained to GIDDENS that we did not want him in the middle of the hallway and GIDDENS began to question us. He asked "What are you guys up to?" Commander Mattos told GIDDENS that we wanted to talk to him. Commander Mattos told GIDDENS "I am giving you a lawful order to stand right here." Commander Mattos was pointing to the area near the wall where we wanted GIDDENS to stand so that we did not block the main hallway. GIDDENS continued to question us on why we wanted to talk to him. GIDDENS then walked away from Commander Mattos and me.

6. I attempted to walk in front of GIDDENS to block his escape and possible disruption of the news media interview and other citizens who had not left the Joe Nelson Community Center yet. Commander Mattos then pushed GIDDENS onto the wall and we attempted to detain GIDDENS in handcuffs. GIDDENS was continuing to attempt to flee and resist the detention by twisting and tensing his body and continuing to push away from us. GIDDENS was taken to the ground where he continued to tense his body, and flail his arms and legs. We were trying to get GIDDENS to lie onto his stomach so that we could handcuff him but GIDDENS was trying to roll over onto his back and continuing to resist the arrest. Commander Mattos worked on gaining control of GIDDENS' arms. I attempted to put GIDDENS in a figure four leg lock and also assisted in gaining control of GIDDENS' arms. I was attempting to put GIDDENS in a figure four leg lock to control his legs, help keep him on his stomach and gain control of his arms. During this time I was continuing to tell GIDDENS "Stop", "Stop Resisting", and "GIDDENS stop resisting." Commander Mattos gave GIDDENS similar commands to stop resisting. Commander Mattos and I both told GIDDENS numerous times to put his hands behind his back.

7. Commander Mattos told GIDDENS that he was being given a lawful order by a police officer and that he was under arrest. Throughout this interaction, GIDDENS ignored the commands and orders, and continued to resist.

8. Commander Mattos and I gained control of one of GIDDENS' arms and it was placed into a handcuff. Commander Mattos told GIDDENS to place his other arm behind his back. Once both of GIDDENS' arms were handcuffed behind his back I checked the handcuffs for tightness and double locked them. Commander Mattos and I then helped GIDDENS to his feet and GIDDENS was escorted outside to a patrol vehicle.

9. My interactions with GIDDENS on April 18, 2012 were not related in any way to anything said by GIDDENS at the community meeting.

10. I have never had any knowledge about GIDDENS' political affiliation. My interactions with GIDDENS have never involved or been motivated by his political affiliation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21 day of November, 2017, at Fairfield, California.

_____
MICHAEL URLAUB