UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GIDDENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SUISUN, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-00943 TLN AC<br><br><u>ORDER TO FILE STATUS REPORT OR FACE DISMISSAL FOR FAILURE TO PROSECUTE</u> |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On January 29, 2018, all dates in this case were vacated pending the resolution of defendants' motion for summary judgment. ECF No. 111. On March 28, 2018, District Judge Troy L. Nunley adopted the undersigned's findings and recommendations granting in part and denying in part defendants' motion for summary judgment. ECF Nos. 112, 115. No action has been taken in this case since that time.

Due to the parties' lengthy period of inactivity, the undersigned finds in necessary that a status report be filed so that a case schedule may be reinstated. Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." If a status report is not timely filed, this case will be dismissed for failure to prosecute.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a status report no later than February 5, 2020, updating the court on the status of this case and proposing a case schedule for the resolution of all outstanding matters;
2. If plaintiff fails to comply with this order, the case will be dismissed for failure to prosecute.

DATED: January 23, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE